## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

| | |
|---|---|
| JONATHAN AMARO ALAMO, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AVG PLANTATION LLC D/B/A )<br>AMERICAN VETERINARY )<br>GROUP, )<br>)<br>    Defendant. )<br>_____/ | Civil Case No.: 5:21-cv-206 |

**NOTICE OF FILING EXHIBIT A TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff by and through his undersigned counsel files this Notice of Filing Exhibit A to Plaintiff's Complaint and Demand for Jury Trial [D.E.1].

Dated: April 8, 2021.          Respectfully Submitted,

                                                    */s/ Zane Herman*
                                                    Zane Herman
                                                    Florida Bar No. 120106
                                                    **Spielberger Law Group**
                                                    4890 W. Kennedy Blvd., Suite 950
                                                    Tampa, Florida 33609
                                                    T: (800) 965-1570
                                                    F: (866) 580-7499
                                                    zane.herman@spielbergerlawgroup.com
                                                    *Counsel for Plaintiff*

1